UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BARRY HANSELMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 3:23-cv-02824-GCS |
| | ) |
| ILLINOIS DEPARTMENT OF CORRECTIONS, | ) |
| | ) |
| Defendant. | ) |

## ORDER TRANSFERRING CASE

**SISON, Magistrate Judge:**

Plaintiff Barry Hanselman filed this action pursuant to 28 U.S.C. § 1983 in the Southern District of Illinois on August 16, 2023. (Doc. 1). His complaint alleges violations of his constitutional rights while incarcerated at Graham Correctional Facility ("Graham") in Montgomery County, Illinois. *Id.*

Under 28 U.S.C. § 1391, a civil lawsuit may be filed in (1) a judicial district where any defendant resides, if all defendants reside in the same state; (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred; or (3) a judicial district in which any defendant is subject to the court's personal jurisdiction with respect to the action, if there is no district in which the action may otherwise be brought. When a case is filed in the wrong judicial district, the district court shall dismiss the case or, if it is in the interest of justice, transfer the case to a district where it could have been brought. *See* 28 U.S.C. § 1406(a). "[A] court may sua sponte transfer a case for improper venue." *MB Financial Bank, N.A. v. Walker*, 741 F. Supp. 2d 912, 915 (N.D. Ill.

2010).

Here, the only remaining Defendant in this case is the Illinois Department of Corrections, and all the events giving rise to Plaintiff's claims occurred at Graham in Montgomery County, Illinois, which is in the Central District of Illinois. *See* 28 U.S.C. § 93. Thus, the Court finds that the Central District of Illinois is the appropriate forum for hearing and adjudicating this action and that it is in the interest of justice to transfer this case to that district. Accordingly, pursuant to 28 U.S.C. §§ 1391(b) and 1406(a**), IT IS ORDERED** that this action is **TRANSFERRED** to the United States District Court for the Central District of Illinois for such further proceedings as that Court may deem appropriate.

**IT IS SO ORDERED.**

**DATED: May 21, 2025.**

Digitally signed by Judge Sison
Date: 2025.05.21 16:32:09 -05'00'

**GILBERT C. SISON**
**United States Magistrate Judge**